UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN LABOSSIERE,<br><br>               Plaintiff,<br><br>     v.<br><br>GMAC MORTGAGE, EXECUTIVE TRUSTEE SERVICES, LLC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., (MERS) FIRST AMERICAN, DEUTSCHE BANK NATIONAL TRUST COMPANY AMERICAS,<br><br>               Defendants. | Case No. 1:10-CV-00330-EJL<br><br>**JUDGMENT** |

Based upon this Court's Memorandum Order, entered herewith and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is DISMISSED IN ITS ENTIRETY.

DATED:  **October 21, 2010**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 1